■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LATARSHA THOMPSON, Appellant. [620 NYS2d 981] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered April 14, 1992, convicting her of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly allowed the introduction of evidence of the defendant's prior violent acts against her deceased son on the issue of the identity of the perpetrator *(see, People v Molineux,* 168 NY 264).

The defendant's challenge to the jury charge is not preserved for appellate review *(see,* CPL 470.05 [2]). In any event, the jury charge did not constitute error.

Finally, the sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Joy, J. P., Friedmann, Krausman and Florio, JJ., concur.